USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CESAR MONTOYA QUINTERO, Petitioner, | | 1:26-cv-6605-GHW |
| -v- | | ORDER |
| TODD LYONS, *et al.*, Respondents. | | |

GREGORY H. WOODS, United States District Judge:

This action was transferred to the District of New Jersey on August 4, 2026. Dkt. No. 9. On August 4, 2026, Petitioner Cesar Montoya Quintero, through next friend Richard Mendez, filed a motion requesting to withdraw his petition for a writ of *habeus corpus*, Dkt. No. 1. Dkt. No. 10. Motions in this action must be filed in the district where the petition is pending. Because this action was transferred to the District of New Jersey, and is accordingly closed in the Southern District of New York, the motion is denied.

The Court directs the Clerk of Court to terminate the motion pending at Dkt. No. 10. The Court directs the Clerk of Court to mail a copy of this order to Petitioner at the address listed on the docket sheet for this action and to Richard Mendez at the address listed on the docket sheet for this action. This action remains closed in the Southern District of New York.

SO ORDERED.

Dated: August 11, 2026

GREGORY H. WOODS
United States District Judge